# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RONNIE R. ZVOLENSKY, | : No. 88 MM 2015 |
| Petitioner | : |
| v. | : |
| PA. BOARD OF PROBATION AND PAROLE; PAROLE COUNSEL; PAROLE AGENT BROOKS (SCI-DALLAS); PAROLE AGENT STRICKLAND (SCI-DALLAS); PAROLE AGENT HOLLCOME (SCI- DALLAS); PAROLE AGENT MICHAEL NOVACK (SCRANTON OFFICE); PAROLE AGENT ROBERT JONES (REGENAL [SIC] DIRECTOR); (SCRANTON OFFICE); PAROLE AGENT DOUG SHAFFER (SCRANTON OFFICE); PAROLE AGENT CHRIS TAYLOR (SCRANTON OFFICE), | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.